Todd M. Friedman, Esq. (SBN 216752)
Arvin Ratanavongse, Esq. (SBN 257619)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
aratanavongse@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO PACLEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> SECURE ONE CAPITAL CORPORATION; ROOVEN AKIBA; AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM, <br><br> Defendants. | Case No. 2:15-cv-08286-SJO-PJW <br><br> **NOTICE OF VOLUNTARY DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND TO DISMISS THE CLAIMS OF THE PUTATIVE CLASS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither

answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 6, 2016    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/ Todd M. Friedman_____
Todd M. Friedman, Esq.
Arvin Ratanavongse, Esq.
Attorneys for Plaintiff

1  Filed electronically on this 6th day of January, 2016, with:

2

3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 6th day of January, 2016, via the ECF system to:

6

7  Honorable Judge S. James Otero
   Judge of the United States District Court
8  Northern District of California

9
   **Arvin Ratanavongse**
10 Law Offices of Todd M Friedman PC
11 Email: aratanavongse@toddflaw.com

12
   Copy sent via mail on this 6th day of January, 2016, to:
13

14 Attorney for Defendant
   Debbie Kirkpatrick, Esq.
15 Sessions Fishman Nathan & Israel, LLC
16 1545 Hotel Circle South, Suite 150
   San Diego, CA 92108
17

18 By: s/Todd M. Friedman
19       Todd M. Friedman

20

21

22

23

24

25

26

27

28